**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARIK OGANESYAN<br><br>*Plaintiff*<br><br>v.<br><br>PAMELA BONDI, Attorney General of the United States, et al.,<br><br>*Defendants* | Case File No. 2:26-CV-00727-WBS |

**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE THE INITIAL SCHEDULING CONFERENCE AND FOR AN ORDER DIRECTING DEFENDANTS TO RESPOND TO THE COMPLAINT**

The Court, having reviewed Plaintiff's Ex Parte Application, and good cause appearing therefor, hereby orders as follows:

IT IS HEREBY ORDERED that Plaintiff's Ex Parte Application is GRANTED.

IT IS FURTHER ORDERED that the Initial Scheduling Conference is continue to **November 2, 2026 at 1:30 p.m.**

IT IS FURTHER ORDERED that the deadline for the filing of the Joint Status Report is continued to **October 19, 2026**.

IT IS FURTHER ORDERED that Defendants file a response to the Complaint/Petition pursuant to the Federal Rules of Civil Procedure, or plaintiff shall comply with Federal Rule of Civil Procedure 55.

**IT IS SO ORDERED.**

Dated: July 17, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE