ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GARIK OGANESYAN,

Plaintiff,

v.

PAMELA BONDI[1], et al.

Defendants.

CASE NO. 2:26-CV-00727-WBS-AC

JOINT STIPULATION FOR EXTENSION OF TIME AND ORDER THEREON

Defendants respectfully request an extension of time to respond to the Complaint, and Plaintiff does not oppose this request. On March 4, 2026, Plaintiff filed a complaint seeking relief under the Administrative Procedures Act relating to the filing of his Form I-751 Petition to Remove Conditions on Residence under the Immigration and Nationality Act ("Petition"); Plaintiff served Defendants on July 23, 2026. The current deadline for Defendants to respond is September 21, 2026.

USCIS has conducted three interviews with Plaintiff regarding the subject Petition, the most recent on July 21, 2026. These interviews and the continued review that follows are necessary to the continued process toward adjudication in this matter. USCIS is presently reviewing information received but given the issues presented by this particular filing, more time is needed to complete this necessary review. Counsel for Defendants requested a stipulated extension for a period of thirty days -

[1] In accordance with Fed. R. Civ. P. 25(d), the current holder of the office named in the complaint is substituted for the original defendant.

the amount of time counsel for the agency requested. However, Plaintiff is only amendable to a fourteen-day extension. Accordingly, in the interest of allowing the process to continue, the parties hereby stipulate extending the deadline for Defendants to respond for fourteen days, through and including October 5, 2026. The parties further request that all other filing deadlines and proceedings be similarly extended.

Based on the foregoing, the new date for Defendants to file an answer or other responsive pleading is October 5, 2026. All other pending deadlines and proceedings are similarly extended.

DATED: September 21, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: */s/ Catherine J. Swann*
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

DATED: September 21, 2026

By: */s/ Nathanial L. Nicholl (as authorized on September 18, 2026)*
NATHANIAL L. NICOLL
Counsel for Plaintiff

ORDER

IT IS SO ORDERED.

Dated: September 21, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE