ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARIK OGANESYAN,<br><br>Plaintiff,<br><br>v.<br><br>PAMELA BONDI[1], et al.<br><br>Defendants. | CASE NO. 2:26-CV-00727-WBS-AC<br><br>JOINT STIPULATION FOR SECOND EXTENSION OF TIME AND ORDER THEREON |

Defendants respectfully request a second extension of time to respond to the Complaint, and Plaintiff does not oppose this request. On March 4, 2026, Plaintiff filed a complaint seeking relief under the Administrative Procedures Act relating to the filing of his Form I-751 Petition to Remove Conditions on Residence under the Immigration and Nationality Act ("Petition"). The parties requested and the Court granted a fourteen-day extension, making the current deadline October 5, 2026. ECF ## 19, 20. Over the two weeks since the first extension, USCIS issued a Notice of Intent to Deny ("NOID") which describes in detail the evidence received and explains the agency's reasons for the NOID; the NOID also provides Plaintiff with an opportunity to review and rebut the evidence upon which the decision is to be based, in accordance with 8 CFR 103.2(b)(2). Plaintiff has until October 30th to provide his response. Given this status and in the interest of allowing the process to continue, the parties hereby

[1] In accordance with Fed. R. Civ. P. 25(d), the current holder of the office named in the complaint is substituted for the original defendant.

stipulate extending the deadline for Defendants to respond for a period of sixty (60) days, through and including December 4, 2026. The parties further request that all other filing deadlines and proceedings be similarly extended.

Based on the foregoing, the new date for Defendants to file an answer or other responsive pleading is December 4, 2026. The Initial Scheduling Conference is continued to January 11, 2027.

DATED: October 5, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: */s/ Catherine J. Swann*
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

DATED: October 5, 2026

By: */s/ Nathanial L. Nicholl (as authorized on October 5, 2026)*
NATHANIAL L. NICOLL
Counsel for Plaintiff

ORDER

IT IS SO ORDERED.

Dated: October 6, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE